1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JOHN HARDNEY,                             No.  2:13-cv-0754 JAM DAD P

12                 Petitioner,

13           v.                                 ORDER

14    T. VIRGA, Warden,

15                 Respondents.

16

17          Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas

18    corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate

19    Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On August 8, 2014, the magistrate judge filed findings and recommendations herein

21    which were served on all parties and which contained notice to all parties that any objections to

22    the findings and recommendations were to be filed within fourteen days.  Neither party has filed

23    objections to the findings and recommendations.

24          The court has reviewed the file and finds the findings and recommendations to be

25    supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

26    ORDERED that:

27          1.  The findings and recommendations filed August 8, 2014, are adopted in full;

28          2.  Federal habeas relief is denied as to petitioner's due process claim, his ineffective

                                          1

1   assistance of counsel claim, and his claim that the California Board of Parole Hearings (Board)

2   violated its own policy in deferring his next parole suitability hearing for ten years;

3        3.  Petitioner's claim that his rights under the Ex Post Facto Clause were violated by the

4   Board's 2011 decision to defer his next parole consideration hearing for a period of ten years is

5   dismissed without prejudice to any relief that may be available to petitioner as a member of the

6   class in Gilman v. Fisher, 05-0830 LKK GGH P; and

7        4.  The court declines to issue the certificate of appealability referenced in 28 U.S.C. §

8   2253.

9   DATED:  October 22, 2014

10                                                      /s/ John A. Mendez_____

11                                                      UNITED STATES DISTRICT COURT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28